NO._____

IN THE
COURT OF CRIMINAL APPEALS
Austin TX

FILED IN
COURT OF CRIMINAL APPEALS
SEP 11 2015
Abel Acosta, Clerk

Anthony Lynn Thibodeaux

v.

THE STATE of Texas

FILED IN
COURT OF CRIMINAL APPEALS
SEP 11 2015
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 04 2015
Abel Acosta, Clerk

From appeal NO. 10130 0466, 10130 0467, 10140 0005
Trial Cause No. 12-154-CR, 12-156CR, 12-155-CR

Freestone County

First motion For Extension of Time To File
Petition For Discretionary Review

To THE Honorable Judges of The Court of Criminal Appeals.

Comes now, Anthony Lynn Thibodeaux, Petitioner, and Files this motion for an extension of sixty (60) days in which to file a Petition For Discretionary Review. In support of this motion, appellant shows the Court the following:

## I.

The Petitioner was convicted in the 87th District Court of Freestone County, Texas of the offense of Sexual assault, indency with child in Cause No. 12154, 12156, 12155 styled State of Texas vs. Anthony Lynn Thibodeaux. THE Petitioner appealed to the Court of appeals, 10th Supreme Judicial District. The case was affirmed on July 30th, 2015.

## II.

This present deadline for Filing the Petition For Discretionary Review is August 31st 2015. The Petitioner has not requested any Extension prior to this Request.

## III.

Petitioner's Request for an Extension is based on the Following Facts. Petitioner was not informed of the decision of the court of appeals in affirming his case until _August 10th_. Since that time Petitioner has been attempting to gain legal Representation in this matter. His attorney on the appeal, _E Alan Bennett_, has informed Petitioner that he will not Represent him on the Petition for Discretionary Review.

Wherefore, Petitioner prays this Court grant this motion and Extend the deadline for Filing the Petition for Discretionary Review in Case No. _1013 00466_ to _1013 00467, 1014 0000 5 cR_

Anthony Thibodeaux
petitioner, pro se
Texas Department of Criminal Justice
Institutional Division
Dalhant Unit
TDCJ-ID # 1905151
Dalhant Tx 79022

## Certificate of Service

I certify that a true and correct copy of the above and foregoing First Motion for Extension of Time to File a Petition for Descretionary Review, has been forwarded by U.S. mail, postage prepaid, first class, to the attorney for Respondent NA, at NA, and to the State Prosecuting Attorney P.O. Box 12405, Austin Tx 78711 on this the 31st day of August, 2015,

Anthony Lynn Thibodeaux
Petitioner, pro se

I, Anthony Lynn Thibodeaux, TDCJ# 1905151, being presently incarcerated in the Dalhart unit of the Texas Department of Criminal Justice in Hartley County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on the 31st day of August, 2015.